# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

Penelope I. Sangregorio,
Debtor,

Case No. 16-18254-PGH

Chapter 13

## MOTION TO REOPEN CASE AND
## MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7

COMES NOW, the Debtor, Penelope I. Sangregorio, pro-se, and requests the Court to reopen this Case and to convert my Chapter 13 to a Chapter 7, for the following reason:

The Debtor confirms that she requested her previous attorney to convert the Chapter 13 to a Chapter 7, at the Hearing with the Trustee, but did not do it.

Therefore, I am requesting the Court to reopen this Case and to convert it to a Chapter 7.

Penelope I. Sangregorio
440 Australian Circle
Lake Park, FL 33403

Date 10/25/2016

561-339-4477